1  Jeffrey M. Lenkov (State Bar No. 156478)
    *jml@manningllp.com*
2  Doris Y. Youmara (State Bar No. 326211)
    *dyy@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
7  Attorneys for Defendant
   CBRE, INC.
8

9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11

12 | LORETTA BOURGET,                         | Case No.
13 |     Plaintiff,                           |
14 |     v.                                   | **DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)**
15 | WAL-MART REAL ESTATE BUSINESS TRUST; WALMART, INC.; CBRE, INC.; and DOES 1 through 100, Inclusive, |
16 |                                          |
17 |     Defendants.                          |
18

19 **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

20    **PLEASE TAKE NOTICE** that CBRE, Inc. ("CBRE") hereby removes to this Court the State Court action described below:

21    1.    On August 18, 2022, Plaintiff Loretta Bourget ("Plaintiff") filed this action in the Superior Court of State of California, County of Riverside, Case No. CVSW2205717. Plaintiff alleges damages, injuries, pain, suffering, and resulting economic harm. Attached hereto as **Exhibit "A"** is a true and correct copy of the Summons and Complaint.

22    2.    CBRE filed its Answer to the Complaint on September 30, 2022. A true

1
**DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)**

and correct copy of the Answer is attached hereto as **Exhibit "B."**

3. On November 21, 2022, Plaintiff served her Statement of Damages stating that Plaintiff is seeking General Damages in the amount of $100,000.00 and Special Damages in the amount of $100,000.00, plus future damages. Attached hereto as **Exhibit "C"** is a true and correct copy of the Statement of Damages served on November 21, 2022.

4. Aggregating all of the damages sought pursuant to Plaintiff's Statement of Damages, the amount in controversy exceeds $75,000. Defendant first learned that the amount in controversy exceeds $75,000 upon receipt of Plaintiff's Statement of Damages, which was served on November 21, 2022, within thirty (30) days of this Notice of Removal.

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant CBRE, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6. Diversity of the parties exists as Plaintiff is a citizen of the State of California.

7. CBRE is a Delaware corporation with its headquarters and principal place of business located in Florham Park, New Jersey.

8. Additionally, Co-Defendant Wal-Mart Real Estate Business Trust ("Wal-Mart Trust") has been dismissed from this action. Attached hereto as **Exhibit "D"** is a true and correct copy of the Dismissal entered on October 6, 2022.

9. Co-Defendant, Wal-Mart, Inc. ("Wal-Mart") is a Delaware corporation with its headquarters and principal place of business located in Bentonville, Arkansas. Wal-Mart's defense counsel, Allen Theweny, Esq., consented to the removal of this action on December 20, 2022, via telephone conversation with CBRE's defense counsel.

10. Pursuant to Plaintiff's Statement of Damages seeking a total of $200,000.00 in General Damages and Special Damages, the amount in controversy in this action exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a).

DATED: December 20, 2022

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: *Jeffrey Lenkov*

Jeffrey M. Lenkov
Attorneys for Defendant
CBRE, INC.