JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:  5:22-cv-02227-SB-KK | Date:  January 18, 2023 |

Title:  *Loretta Bourget v. Wal-Mart Real Estate Business Trust et al.*

---

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Patricia Kim | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**    [In Chambers]  **ORDER REMANDING CASE**

      Pursuant to the parties' stipulation filed on January 18, 2023, Dkt. No. 14, this action is hereby remanded to the Riverside Superior Court.  In light of the remand, the mandatory scheduling conference that was scheduled for January 20, 2023 is vacated.  **IT IS SO ORDERED**.